

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00146-CV

**IN THE INTEREST OF L.D.L.H.** and C.A.L., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02179
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Father because he is indigent.

SIGNED October 28, 2015.

_____
Marialyn Barnard, Justice